**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**


IN RE: BOSTON SCIENTIFIC CORP. PELVIC
REPAIR SYSTEM PRODUCTS LIABILITY
LITIGATION                                                         MDL No. 2326


(SEE ATTACHED SCHEDULE)


**CONDITIONAL TRANSFER ORDER (CTO –77)**


On February 7, 2012, the Panel transferred 21 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 844 F.Supp.2d 1359 (J.P.M.L. 2012). Since that time, 559 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.


FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

MDL No. 2326

### SCHEDULE CTO–77 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**MASSACHUSETTS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MA | 1 | 13–11607 | Hagen et al v. Boston Scientific Corp. |
| MA | 1 | 13–11608 | Harcum v. Boston Scientific Corp. |
| MA | 1 | 13–11610 | Hernandez et al v. Boston Scientific Corp. |
| MA | 1 | 13–11611 | Martin et al v. Boston Scientific Corp. |
| MA | 1 | 13–11612 | Martin et al v. Boston Scientific Corp. et al |
| MA | 1 | 13–11616 | McCroey et al v. Boston Scientific Corp. |
| MA | 1 | 13–11617 | Miller et al v. Boston Scientific Corp. et al |
| MA | 1 | 13–11618 | Osborn v. Boston Scientific Corp. |
| MA | 1 | 13–11619 | Panto et al v. Boston Scientific Corp. |
| MA | 1 | 13–11620 | Piper et al v. Boston Scientific Corp. |
| MA | 1 | 13–11621 | Sides et al v. Boston Scientific Corp. et al |
| MA | 1 | 13–11623 | Wood v. Boston Scientific Corp. |
| MA | 1 | 13–11635 | Howell et al v. Boston Scientific Corp. |
| MA | 1 | 13–11636 | Ashe et al v. Boston Scientific Corp. |
| MA | 1 | 13–11637 | Griffin et al v. Boston Scientific Corp. |
| MA | 1 | 13–11638 | Miller v. Boston Scientific Corp. |
| MA | 1 | 13–11639 | Pelletier et al v. Boston Scientific Corp. |
| MA | 1 | 13–11641 | Phifer et al v. Boston Scientific Corp. |
| MA | 1 | 13–11642 | Rainey et al v. Boston Scientific Corp. |
| MA | 1 | 13–11643 | Reynolds et al v. Boston Scientific Corp. |
| MA | 1 | 13–11644 | Roberts v. Boston Scientific Corp. |
| MA | 1 | 13–11645 | Tomberlin et al v. Boston Scientific Corp. |
| MA | 1 | 13–11648 | Rinard v. Boston Scientific Corp. |
| MA | 1 | 13–11652 | Cooper et al v. Boston Scientific Corp. |
| MA | 1 | 13–11653 | Farren v. Boston Scientific Corp. |
| MA | 1 | 13–11654 | Shope v. Boston Scientific Corp. |
| MA | 1 | 13–11655 | Smith et al v. Boston Scientific Corp. |
| MA | 1 | 13–11656 | Smith v. Boston Scientific Corp. |
| MA | 1 | 13–11657 | Tutor v. Boston Scientific Corp. |
| MA | 1 | 13–11662 | Mattingly v. Boston Scientific Corp. et al |
| MA | 1 | 13–11663 | Damron v. Boston Scientific Corp. |

MA      1      13–11664      Robinson et al v. Boston Scientific Corp.
MA      1      13–11688      Watts et al v. Boston Scientific Corp.

Case MA/1:13-cv-11636    Document 1    Filed 07/23/13    Page 3 of 3

MA      1      13–11664      Robinson et al v. Boston Scientific Corp.
MA      1      13–11688      Watts et al v. Boston Scientific Corp.