IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                                  MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## **INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.     All discovery deadlines are continued until further order of the Court.

2.     That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.     Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __5129__, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Case MDL 2:14-cv-27740 Document 1 Filed 03/16/18 Page 3 of 74

**EXHIBIT A**

**PULASKI & MIDDLEMAN**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-19710 | HILL, Sherry vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.     All discovery deadlines are continued until further order of the Court.

2.     That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.     Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___5128___, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**PULASKI & MIDDLEMAN**
**MOSTYN LAW FIRM**
**ARNOLD & ITKIN, LLP**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-19675 | BOOTH, Dorothy Ann and Honor Booth vs. Boston Scientific Corporation |
| 13-cv-19689 | GIBSON, Kathleen vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**<u>INACTIVE DOCKET ORDER</u>**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.     All discovery deadlines are continued until further order of the Court.

2.     That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.     Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __5127__, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

## ALLEY CLARK & GREIWE

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 17-cv-03663 | Jo A. Carr and Brian Carr vs. Boston Scientific Corporation |
| 17-cv-03683 | Holly B. Maiko vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

<u>**INACTIVE DOCKET ORDER**</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the

plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with

regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to

keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or

before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on

or before August 31, 2018, then the Court will have a hearing to determine the appropriate

action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant,
including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __5126__, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Case MDL/2:14-cv-07740 Document 1 Filed 03/19/18 Page 12 of 74

# EXHIBIT A

## MOSTYN LAW FIRM
## HEARD ROBINS CLOUD & BLACK
## ARNOLD & ITKIN, LLP

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-29742 | ORTEGA, Loretta; Mable Bohannon; Sybil Willoughby; Ray Bowyer; Dolores Loughran; Ruby Nordman; Michele Smith; June Weis; Kimberly Sullivan; Doris Hudson; Rita Hackley; Nina Barnes; Angel Smith; Ila Valcarcel; Carri DeSmidt; Virginia; Bartlett; Barbara Miller; Lynn Hare; Maria Burciaga; Mary Herman; Colleen McGuire; Francoise Tarone; Deborah Lemay; and Roberta St. John vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**<u>INACTIVE DOCKET ORDER</u>**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

Case WVS/2:14-cv-07740 Document 1 Filed 03/19/18 Page 14 of 74

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __5125___, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## MOSTYN LAW FIRM

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 16-cv-08046 | BENISCHEK, Audrey J. vs. Boston Scientific Corporation |
| 17-cv-02491 | CARRILLO, Evalina vs. Boston Scientific Corporation |
| 17-cv-03842 | CLAY, Theresa vs. Boston Scientific Corporation |
| 17-cv-03792 | CLEVELAND, Patricia vs. Boston Scientific Corporation |
| 17-cv-03738 | COCKERILL, Cheryl vs. Boston Scientific Corporation |
| 16-cv-10672 | COLEY, Connie R. vs. Boston Scientific Corporation |
| 16-cv-08132 | GARCIA, Gloria vs. Boston Scientific Corporation |
| 17-cv-00669 | HOOPES, Lisa Christine vs. Boston Scientific Corporation |
| 17-cv-02784 | JUAREZ, Joyce vs. Boston Scientific Corporation |
| 17-cv-02793 | KERLEY, Katie vs. Boston Scientific Corporation |
| 16-cv-10624 | KEY, Millie L. vs. Boston Scientific Corporation |
| 17-cv-03739 | LARA, Aurora G. vs. Boston Scientific Corporation |
| 16-cv-10241 | MEINHOLD, Jacqueline vs. Boston Scientific Corporation |
| 17-cv-02798 | NELSEN, Sally vs. Boston Scientific Corporation |
| 16-cv-10551 | PENNINGTON, Earlene vs. Boston Scientific Corporation |
| 17-cv-02821 | ROBINSON, Cecelia vs. Boston Scientific Corporation |

| 16-cv-06959 | ROCKEFELLER, Jackie vs. Boston Scientific Corporation |
|---|---|
| 16-cv-10484 | ROGER, Meranda G. vs. Boston Scientific Corporation |
| 16-cv-10050 | SAGRILLO, Susan vs. Boston Scientific Corporation |
| 17-cv-02272 | SEDIVY, Dolores A. vs. Boston Scientific Corporation |
| 16-cv-12514 | SMITH, Diana Lee vs. Boston Scientific Corporation |
| 16-cv-08313 | SOLE, Carol vs. Boston Scientific Corporation |
| 16-cv-08281 | STEVENS, Teresa L. and Edward Stevens vs. Boston Scientific Corporation |
| 17-cv-02404 | THOMPSON, Stephanie vs. Boston Scientific Corporation |
| 17-cv-03041 | TROXLER, Elna vs. Boston Scientific Corporation |
| 17-cv-02408 | WARD, Mary vs. Boston Scientific Corporation |
| 17-cv-03679 | WESTCOTT, Tracey vs. Boston Scientific Corporation |
| 16-cv-10703 | WIENKE, Teresa J. vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                                         MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

      The Court has been advised by counsel that in the case listed on the attached Exhibit A, the

plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with

regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to

keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

      1.      All discovery deadlines are continued until further order of the Court.

      2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

      3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or

before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on

or before August 31, 2018, then the Court will have a hearing to determine the appropriate

action pertaining to any remaining case on the inactive docket.

      Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant,
    including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ____5120____, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## MEYER BLAIR
## MOSTYN LAW FIRM
## ARNOLD & ITKIN, LLP

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-18685 | GEARHART, Wilda and Jack Gearhart vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
        PELVIC SUPPORT SYSTEMS
        PRODUCTS LIABILITY LITIGATION

                                                                MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ____5119____, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**DANZIGER & DE LLANO, LLP**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-19051 | GRETH, Sandra and Robert Alan Greth vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___5117___, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

EXHIBIT A

**HODGE LAW FIRM, PLLC**
**LAW OFFICES OF A. CRAIG EILAND, PC**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-09855 | CHATMAN, Mechelle vs. Boston Scientific Corporation |
| 14-cv-09920 | FLECHSIG, Patricia vs. Boston Scientific Corporation |
| 14-cv-09935 | JUSTICE, Malissa and David Justice vs. Boston Scientific Corporation |
| 14-cv-09968 | ROSHCHYN, Rhonda vs. Boston Scientific Corporation |
| 14-cv-11020 | WRIGHT, Johnnie and Charlie Wright vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

                                                              MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.      All discovery deadlines are continued until further order of the Court.

    2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

    3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___5115___, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**HILLYARD, WAHLBERG, KUDLA, SLOANE & WOODRUFF, LLP**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 15-cv-11935 | DERBY, Mindy vs. Boston Scientific Corporation |

Case 2:14-cv-07740 Document 1 Filed 03/19/18 Page 29 of 74

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                                                MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

      The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

      1.      All discovery deadlines are continued until further order of the Court.

      2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

      3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

      Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___5114___, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## FIBICH, HAMPTON, LEEBRON, BRIGGS & JOSEPHSON LLP

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-20725 | ARISTIZABAL, Ana and Mario Aristizabal vs. Boston Scientific Corporation |
| 13-cv-20726 | BARRON, Linda vs. Boston Scientific Corporation |
| 13-cv-10564 | BAUMAN, Kristy and Corey Bauman vs. Boston Scientific Corporation |
| 13-cv-20727 | BOISE, Mary vs. Boston Scientific Corporation |
| 15-cv-02425 | BOURKE, Anita and Harold Bourke vs. Boston Scientific Corporation |
| 13-cv-16295 | BRAY, Carol vs. Boston Scientific Corporation |
| 13-cv-17510 | BRITO, Sharon and Carlos Brito vs. Boston Scientific Corporation |
| 13-cv-20730 | CHANDLER, Alicia vs. Boston Scientific Corporation |
| 15-cv-10055 | CHARLES, Janet vs. Boston Scientific Corporation |
| 15-cv-02312 | CLARK, Jane vs. Boston Scientific Corporation |

| 13-cv-21851 | COULTER, Alicia and Chad Coulter vs. Boston Scientific Corporation |
| --- | --- |
| 13-cv-17509 | COX, Jean vs. Boston Scientific Corporation |
| 13-cv-21853 | COX, Kelley vs. Boston Scientific Corporation |
| 13-cv-20732 | CURRY, Marci and Kevin Curry vs. Boston Scientific Corporation |
| 14-cv-19671 | DUCROS, Andrea and George Walle vs. Boston Scientific Corporation |
| 13-cv-21856 | EDWARDS, Susan vs. Boston Scientific Corporation |
| 13-cv-17508 | GALLION, Jacqueline and Douglas Gallion vs. Boston Scientific Corporation |
| 15-cv-02420 | GRAVELLE, Kathleen vs. Boston Scientific Corporation |
| 14-cv-18217 | HARMON, Patricia vs. Boston Scientific Corporation |
| 13-cv-21860 | JIMERSON, Roberta and Charles Jimerson vs. Boston Scientific Corporation |
| 13-cv-21328 | KETCHUM, Lisa and Robert Ketchum vs. Boston Scientific Corporation |
| 13-cv-13597 | LITTLE, Chandra vs. Boston Scientific Corporation |

| 13-cv-20982 | LOWERY, Natasha vs. Boston Scientific Corporation |
|---|---|
| 14-cv-12406 | MAIN, Jane vs. Boston Scientific Corporation |
| 13-cv-33995 | MARLEY, Nancy and Russell Marley vs. Boston Scientific Corporation |
| 13-cv-20985 | MCMULLIN, Barbara and Douglas McMullin vs. Boston Scientific Corporation |
| 13-cv-20986 | MENDEZ, Priscilla vs. Boston Scientific Corporation |
| 13-cv-20987 | MINER, Deborah vs. Boston Scientific Corporation |
| 13-cv-21205 | PETERSON, Rhonda vs. Boston Scientific Corporation |
| 13-cv-16632 | RAPOWITZ, June vs. Boston Scientific Corporation |
| 15-cv-02416 | STEPHENSON, Barbara vs. Boston Scientific Corporation |
| 13-cv-21220 | TIENDA, Natalie and John Tienda vs. Boston Scientific Corporation |
| 13-cv-16298 | TOMPKINS, Barbara and Omar S. Tompkins vs. Boston Scientific Corporation |
| 14-cv-25198 | VINES, Becky vs. Boston Scientific Corporation |

| 13-cv-21675 | WARD, Kimberly and Walter Ward vs. Boston Scientific Corporation |
| 13-cv-21221 | WEAVER, Brenda and Terry Weaver vs. Boston Scientific Corporation |
| 15-cv-02411 | ZAMORA, Josephine vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## **INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the

plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with

regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to

keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or

before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on

or before August 31, 2018, then the Court will have a hearing to determine the appropriate

action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant,
including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___5113___, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## LAW OFFICES OF A. CRAIG EILAND, PC

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-13227 | ALBRECHT, Elisabeth and Guy Albrecht vs. Boston Scientific Corporation |
| 14-cv-09791 | ALLEN, Patricia vs. Boston Scientific Corporation |
| 14-cv-13228 | ALMEIDA, Sara and Guillermo Oscar Lopez vs. Boston Scientific Corporation |
| 14-cv-09795 | ALPHIN, Lina vs. Boston Scientific Corporation |
| 14-cv-09796 | ARVAI, Geraldine vs. Boston Scientific Corporation |
| 13-cv-29323 | AVNES, Lynn and William Arbios vs. Boston Scientific Corporation |
| 14-cv-07712 | BAHORICH, Tamala and Brian Bahorich vs. Boston Scientific Corporation |
| 14-cv-09799 | BALCH, Jeanine vs. Boston Scientific Corporation |
| 14-cv-07626 | BAUMAN, Susan and Douglas Bauman vs. Boston Scientific Corporation |
| 14-cv-15284 | BEERS, Vicki vs. Boston Scientific Corporation |
| 14-cv-07642 | BEGLEY, Pamela and David L. Begley vs. Boston Scientific Corporation |
| 14-cv-07636 | BENNETT, Donna vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-13229 | BIAS, Canatta vs. Boston Scientific Corporation |
| 14-cv-07638 | BIELSTEIN, Dorothy vs. Boston Scientific Corporation |
| 14-cv-07639 | BRADEN, June vs. Boston Scientific Corporation |
| 14-cv-07646 | BRADLEY, Connie vs. Boston Scientific Corporation |
| 14-cv-09803 | BRELAND, Mary and Anthony Breland vs. Boston Scientific Corporation |
| 14-cv-07649 | BREWER, Lynn and Benjamin Brewer vs. Boston Scientific Corporation |
| 14-cv-07657 | BROUGHTON, Vanessa and Freddie Broughton vs. Boston Scientific Corporation |
| 14-cv-13230 | BULLOCK, Mary and Jerome Bullock vs. Boston Scientific Corporation |
| 14-cv-07666 | CALHOON, Donna and Wilber Calhoon vs. Boston Scientific Corporation |
| 14-cv-09854 | CARDEN, Rosemary and Cal Carden vs. Boston Scientific Corporation |
| 14-cv-09858 | CLAWSON, Kathy vs. Boston Scientific Corporation |
| 14-cv-07671 | CLAY, Dawn and Steven Clay vs. Boston Scientific Corporation |
| 13-cv-29354 | CONNER, Melba and Robert Conner vs. Boston Scientific Corporation |
| 14-cv-15014 | COXEY, Carla and Phillip Coxey vs. Boston Scientific Corporation |
| 14-cv-09861 | CUMMINGS, Marion E. vs. Boston Scientific Corporation |

| 14-cv-09805 | CUNNINGHAM, Paulette vs. Boston Scientific Corporation |
|---|---|
| 14-cv-09864 | CURTIS, Debra K. and Bryan K. Curtis vs. Boston Scientific Corporation |
| 14-cv-17542 | DANKENBRING, Carrie and Jarod Dankenbring vs. Boston Scientific Corporation |
| 14-cv-07680 | DAVIS, Alona vs. Boston Scientific Corporation |
| 14-cv-15015 | DENNY, Judi and Kenneth Denny vs. Boston Scientific Corporation |
| 14-cv-07682 | DESANTE, Teresa vs. Boston Scientific Corporation |
| 14-cv-07707 | DICKSON, Maria vs. Boston Scientific Corporation |
| 14-cv-09919 | DOTSON, Victory B. and Dale Dotson vs. Boston Scientific Corporation |
| 14-cv-09810 | DOWNS, Patricia vs. Boston Scientific Corporation |
| 14-cv-15287 | DUFFY, Traci and Edward Duffy vs. Boston Scientific Corporation |
| 13-cv-29346 | DUGLE, Mary vs. Boston Scientific Corporation |
| 14-cv-15016 | DUNMEYER, Audrey and Orran Dunmeyer vs. Boston Scientific Corporation |
| 14-cv-09816 | DUNNE, Gayle vs. Boston Scientific Corporation |
| 14-cv-09818 | DWARS, Karen and Eugene Dwars vs. Boston Scientific Corporation |
| 14-cv-15017 | DWYER-SHERATON, Sheila vs. Boston Scientific Corporation |

| 13-cv-29324 | FISHER, Linda and Lee Fisher vs. Boston Scientific Corporation |
|---|---|
| 14-cv-07709 | FRANCIS, Jeanne vs. Boston Scientific Corporation |
| 14-cv-15518 | FRANKLIN, Jeannette and Gary Sharpe vs. Boston Scientific Corporation |
| 14-cv-09822 | FRANKLIN-HASKINS, Llona and Jerry Haskins vs. Boston Scientific Corporation |
| 15-cv-13097 | FYVIE, Judy vs. Boston Scientific Corporation |
| 14-cv-07711 | GARCIA, Elizabeth vs. Boston Scientific Corporation |
| 14-cv-07727 | GATEWOOD-KOMP, Dawn and Russell Komp vs. Boston Scientific Corporation |
| 14-cv-07732 | GILLESPIE, Shelby vs. Boston Scientific Corporation |
| 15-cv-09035 | GIUDICE, Joyce vs. Boston Scientific Corporation |
| 14-cv-15005 | GOFF, Kathryn vs. Boston Scientific Corporation |
| 14-cv-09826 | GONZALES, Michelle vs. Boston Scientific Corporation |
| 14-cv-06697 | GONZALEZ, Vivian vs. Boston Scientific Corporation |
| 14-cv-15298 | GOOD, Nancy and Harold Good vs. Boston Scientific Corporation |
| 14-cv-07734 | GRANDSTAFF, Cindy and Grandstaff vs. Boston Scientific Corporation |
| 14-cv-09922 | GUTHRIE, Mary A. vs. Boston Scientific Corporation |

| 14-cv-07735 | HAAKE, Beth and Wilhelm Haake vs. Boston Scientific Corporation |
|---|---|
| 14-cv-09931 | HAMMON, Candace vs. Boston Scientific Corporation |
| 14-cv-15007 | HELFRICK, Janet vs. Boston Scientific Corporation |
| 14-cv-07736 | HENSLEY, Cynthia vs. Boston Scientific Corporation |
| 14-cv-15008 | HOGUE, Nancy vs. Boston Scientific Corporation |
| 14-cv-15009 | HOWARD, Nitza vs. Boston Scientific Corporation |
| 14-cv-07740 | HOWARD, Patricia and Albert Hayes vs. Boston Scientific Corporation |
| 14-cv-09932 | HULLINGER, Judith and Larry Hullinger vs. Boston Scientific Corporation |
| 14-cv-09934 | JAMES, Nancy and Richard James vs. Boston Scientific Corporation |
| 14-cv-09639 | JOHNSON, Jacqueline vs. Boston Scientific Corporation, |
| 16-cv-00268 | JONES, Marcella and Charles Morgan Jones vs. Boston Scientific Corporation |
| 14-cv-09645 | KANE, Kimberly vs. Boston Scientific Corporation |
| 15-cv-05512 | KELLER, Gloria vs. Boston Scientific Corporation |
| 14-cv-09680 | KHALIL, Peggy Sue vs. Boston Scientific Corporation |
| 14-cv-09709 | LACEY, Linda and Timothy W. Lacey vs. Boston Scientific Corporation |

| 14-cv-09702 | LANE, Jacqueline vs. Boston Scientific Corporation |
|---|---|
| 14-cv-09832 | LANNING, Marlyne vs. Boston Scientific Corporation |
| 14-cv-23547 | LAZO, Rosa vs. Boston Scientific Corporation |
| 14-cv-15011 | LISBOA, Rosa vs. Boston Scientific Corporation |
| 14-cv-09943 | LOCKLEAR, Lisa vs. Boston Scientific Corporation |
| 14-cv-09703 | MABE, Pamela and John Mabe vs. Boston Scientific Corporation |
| 14-cv-09711 | MAHAN, Mary and Charles Mahan vs. Boston Scientific Corporation |
| 14-cv-09955 | MARTIN, Debbie vs. Boston Scientific Corporation |
| 14-cv-09959 | MAXWELL, Doreen vs. Boston Scientific Corporation |
| 13-cv-29325 | MAYNARD, Barbara vs. Boston Scientific Corporation |
| 14-cv-09716 | MCENTIRE, Susan and M. Bert McEntire vs. Boston Scientific Corporation |
| 14-cv-09835 | MCGAHA, Frances vs. Boston Scientific Corporation |
| 14-cv-15012 | MCGLOTHLEN, Shari vs. Boston Scientific Corporation |
| 14-cv-09718 | MCGOWN, Constance vs. Boston Scientific Corporation |
| 14-cv-15013 | MCLAUGHLIN, Celestina vs. Boston Scientific Corporation |

| | |
|---|---|
| 14-cv-17787 | MEDINA, Jeannette and Michael Medina vs. Boston Scientific Corporation |
| 15-cv-14547 | MENTZER, Barbara vs. Boston Scientific Corporation |
| 14-cv-09725 | MERRELL, Mindy and Kevin E. Merrell vs. Boston Scientific Corporation |
| 14-cv-09961 | MOREY, Sherril L. vs. Boston Scientific Corporation |
| 14-cv-16921 | MORGAN, Brenda and Todd Morgan vs. Boston Scientific Corporation |
| 14-cv-15018 | NEAL, Dawn vs. Boston Scientific Corporation |
| 14-cv-09734 | NELSON, Candace vs. Boston Scientific Corporation |
| 14-cv-09737 | NICHOLAS, Raejean and Kent Nicholas vs. Boston Scientific Corporation |
| 14-cv-09741 | OLDHAM, Debbie and Mark Oldham vs. Boston Scientific Corporation |
| 14-cv-15019 | OLIVAREZ, Antoinette and Richard Olivarez vs. Boston Scientific Corporation |
| 14-cv-15122 | OWENS, Imogene vs. Boston Scientific Corporation |
| 14-cv-09838 | OWNBY, Beverly vs. Boston Scientific Corporation |
| 14-cv-09840 | PAGAN, Santa and Victor Rodriguez vs. Boston Scientific Corporation |
| 14-cv-09743 | PALMER, Donna and David Palmer vs. Boston Scientific Corporation |
| 14-cv-15020 | PEREZ, Claudia and Alvaro Perez vs. Boston Scientific Corporation |

| 14-cv-15030 | PETTIT, Cynthia vs. Boston Scientific Corporation |
|---|---|
| 14-cv-15031 | PIACENZA, Rose vs. Boston Scientific Corporation |
| 14-cv-14758 | PIEDRAHITA, Janet and Evin Mejia vs. Boston Scientific Corporation |
| 14-cv-09963 | POWELL, Margaret vs. Boston Scientific Corporation |
| 14-cv-15032 | PRINCE, Teresa vs. Boston Scientific Corporation |
| 14-cv-17790 | PROCTOR, Cheryl vs. Boston Scientific Corporation |
| 14-cv-15033 | PUGACZEWSKI, Ronda and Fredrick Pugaczewski vs. Boston Scientific Corporation |
| 14-cv-15034 | PYNAERT, Stacy vs. Boston Scientific Corporation |
| 14-cv-09744 | RALEY, Candy vs. Boston Scientific Corporation |
| 14-cv-09745 | RAYO, Louise vs. Boston Scientific Corporation |
| 14-cv-15035 | REYES, Laura and Armando Reyes vs. Boston Scientific Corporation |
| 12-cv-09934 | REYNOLDS, Tracy and Christopher Reynolds vs. Boston Scientific Corporation |
| 14-cv-15037 | RODRIGUEZ, Martha and Martin Rodriguez vs. Boston Scientific Corporation |
| 14-cv-15038 | ROGERS, Sally vs. Boston Scientific Corporation |
| 14-cv-09752 | ROHRICH, Amy and David Rohrich vs. Boston Scientific Corporation |

| 14-cv-11308 | ROMO, Lizbeth A. vs. Boston Scientific Corporation |
|---|---|
| 14-cv-15039 | RONDEAU, Cindy and Jeffrey Rondeau vs. Boston Scientific Corporation |
| 14-cv-19290 | ROSKE, Debra vs. Boston Scientific Corporation |
| 14-cv-09753 | RUBESCH, Kathryn vs. Boston Scientific Corporation |
| 14-cv-09970 | SCHULTZ, Marilyn vs. Boston Scientific Corporation |
| 14-cv-15040 | SCULL, Roxanne and Kevin Scull vs. Boston Scientific Corporation |
| 14-cv-09756 | SHELTON, Rhonda vs. Boston Scientific Corporation |
| 14-cv-09759 | SIMPSON, Glenda vs. Boston Scientific Corporation |
| 14-cv-09764 | SMITH, Brandie and Jeff Smith vs. Boston Scientific Corporation |
| 14-cv-09843 | SMITH, Delores and Shea Smith vs. Boston Scientific Corporation |
| 14-cv-09766 | SPEARS, Ellen and Roger Spears vs. Boston Scientific Corporation |
| 14-cv-09769 | STEELE, Kimberly and Robert Steele vs. Boston Scientific Corporation |
| 14-cv-09847 | STEIGER, Sheryl vs. Boston Scientific Corporation |
| 14-cv-15041 | STEWART, Alice and Bobby Stewart vs. Boston Scientific Corporation |
| 14-cv-09849 | STOVER-ROBLEDO, Michele vs. Boston Scientific Corporation |

| 14-cv-09770 | STRICKLAND, Donna and Milton Strickland vs. Boston Scientific Corporation |
|---|---|
| 14-cv-09773 | TAUFETEE, Iseula vs. Boston Scientific Corporation |
| 14-cv-09777 | TERRELL, Cindy vs. Boston Scientific Corporation |
| 14-cv-09780 | THOMPSON, Rita vs. Boston Scientific Corporation |
| 14-cv-13206 | TOMASELLI, Maryann and Lawrence Tomaselli vs. Boston Scientific Corporation |
| 14-cv-09972 | VALADEZ, Palmira P. and Robert Valadez vs. Boston Scientific Corporation |
| 14-cv-09781 | WEBB, Joan and James Webb vs. Boston Scientific Corporation |
| 14-cv-15520 | WELCH, Glenda and James Welch vs. Boston Scientific Corporation |
| 13-cv-29337 | WERNER, Judy and Irvin Werner vs. Boston Scientific Corporation |
| 14-cv-09975 | WIEST, Sandra vs. Boston Scientific Corporation |
| 14-cv-09783 | WILLABY, Stella and John Willaby vs. Boston Scientific Corporation |
| 14-cv-09977 | WOLL, Debra vs. Boston Scientific Corporation |
| 14-cv-09784 | WOOD, Colleen vs. Boston Scientific Corporation |
| 14-cv-15042 | WOOFTER, Julie and Steve Woofter vs. Boston Scientific Corporation |
| 14-cv-09785 | WORKMAN, Drema vs. Boston Scientific Corporation |

| 13-cv-29342 | ZUNIGA, Carmen vs. Boston Scientiific Corporation |
|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
      PELVIC SUPPORT SYSTEMS
      PRODUCTS LIABILITY LITIGATION

                                    MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.      All discovery deadlines are continued until further order of the Court.

    2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

    3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

      Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __5110__, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**MESSA & ASSOCIATES, PC**
**CLARK LOVE & HUTSON**
**CAROSELLI BEACHLER MCTIERNAN & CONBOY**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-27540 | CONNOLLY, Karen vs. Boston Scientific Corporation, |
| 14-cv-26686 | IBARRANDO, Maniela and Jose L. Santos vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
   PELVIC SUPPORT SYSTEMS
   PRODUCTS LIABILITY LITIGATION

                MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

<u>**INACTIVE DOCKET ORDER**</u>

   The Court has been advised by counsel that in the case listed on the attached Exhibit A, the

plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with

regard to BSC.  The Court, therefore, finds it unnecessary to conduct further proceedings or to

keep the case on the active docket.  Accordingly, the Court **ORDERS** as follows:

   1.  All discovery deadlines are continued until further order of the Court.

   2.  That the Clerk retire the case listed on the attached Exhibit A from the active docket.

   3.  Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or

before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on

or before August 31, 2018, then the Court will have a hearing to determine the appropriate

action pertaining to any remaining case on the inactive docket.

   Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their

progress in dismissing the case on the inactive docket.  The Court is aware that counsel have agreed

to a settlement model for a group of cases and claims, including the case on Exhibit A.  The Court

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant,
 including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __5109__, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**LIPTON LAW**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-09467 | ALLEN, Debra and Kurt Allen vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

<u>**INACTIVE DOCKET ORDER**</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.     All discovery deadlines are continued until further order of the Court.

2.     That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.     Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. _5108_, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**LEE MURPHY LAW FIRM, GP**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-25227 | ENGELS, Mary E. vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
        PELVIC SUPPORT SYSTEMS
        PRODUCTS LIABILITY LITIGATION

                                                              MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**<u>INACTIVE DOCKET ORDER</u>**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___5107___, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

 

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**LAW OFFICE OF CARY S. MACY**
**BOSCO & WARD**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 12-cv-00700 | KENNEDY, Betty vs. Boston Scientific Corporation, Inc. a Delaware Corporation and Does 1 through 50 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
       PELVIC SUPPORT SYSTEMS
       PRODUCTS LIABILITY LITIGATION

                                         MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

      The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

      1.      All discovery deadlines are continued until further order of the Court.

      2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

      3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

      Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

Case WVS/2:14-cv-07740 Document 1 Filed 03/19/18 Page 61 of 74

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No.  5106   , and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## DAVIS & CRUMP, P.C.

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-26343 | COX, Karen vs. Boston Scientific Corporation |
| 14-cv-11768 | DUERR, Betty vs. Boston Scientific Corporation |
| 14-cv-22551 | GARDNER, Sara and Ricky Dean Gardner vs. Boston Scientific Corporation |
| 13-cv-08514 | JACKSON, Vanessa vs. Boston Scientific Corporation |
| 13-cv-00015 | SOLOMAN, Patricia and Jarrod Soloman vs. Boston Scientific Corporation |
| 13-cv-06613 | WILLIS, Kimberly J. vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**<u>INACTIVE DOCKET ORDER</u>**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC.  The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket.  Accordingly, the Court **ORDERS** as follows:

1.  All discovery deadlines are continued until further order of the Court.

2.  That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.  Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket.  The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A.  The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___5105___, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## CLARK LOVE & HUTSON

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-03568 | BARBIER, Sharon and Vernon Barbier vs. Boston Scientific Corporation |
| 17-cv-04488 | BUTLER, Diane vs. Boston Scientific Corporation |
| 14-cv-02029 | HAND, Angela C. and Freemen Hand vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
        PELVIC SUPPORT SYSTEMS
        PRODUCTS LIABILITY LITIGATION

                                                            MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

<u>**INACTIVE DOCKET ORDER**</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.     All discovery deadlines are continued until further order of the Court.

2.     That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.     Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____
[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___5104___, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.


JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

Case 2:14-cv-07740 Document 1 Filed 03/19/13 Page 68 of 74

**EXHIBIT A**

**CLARK LOVE & HUTSON**
**POTTS LAW FIRM, LLP**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-00578 | HALL, Sonja M. and Gregory R. Hall vs. Boston Scientific Corporation |
| 13-cv-12005 | MCMURCHY, Deanna and Richard McMurchy vs. Boston Scientific Corporation and Sofradim Production SAS |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. ___5103___, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**BABBITT, JOHNSON, OSBORNE & LE CLAINCHE, PA**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-27180 | REVELS-GLICK, Christina vs. Boston Scientific Corporation |
| 15-cv-12600 | ROEBUCK, Audrey and Travis Banks vs. Boston Scientific Corporation |
| 15-cv-12601 | WOLF, Andrea and Gus Wolf vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
        PELVIC SUPPORT SYSTEMS
        PRODUCTS LIABILITY LITIGATION

                                                    MDL 2326
_____

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

## <u>INACTIVE DOCKET ORDER</u>

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1.      All discovery deadlines are continued until further order of the Court.

2.      That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3.      Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

_____

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A.  The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. __5102__, and send a copy of this Order to counsel of record and any represented party.  The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

MERKEL & COCKE

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 15-cv-11440 | Connie Hardin vs. Boston Scientific Corporation |