IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

---

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3. Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

---

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 5605, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**MCGLYNN, GLISSON & MOUTON**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-23224 | ALPHABET, Chandra and Michael Alphabet vs. Boston Scientific Corporation |
| 13-cv-32874 | BLACK, Cecilia vs. Boston Scientific Corporation |
| 13-cv-29875 | BRANHAM, Merinda vs. Boston Scientific Corporation |
| 13-cv-23341 | CHOATE, Sherry and Anthony R. Choate, Sr. vs. Boston Scientific Corporation |
| 13-cv-25658 | CHORETTE, Carol Ann and Edward Chorette vs. Boston Scientific Corporation |
| 13-cv-32887 | CRAIG, Vicky and Richard Craig vs. Boston Scientific Corporation |
| 14-cv-24436 | CRUZ, Maria T. and Manuel Cruz vs. Boston Scientific Corporation |
| 13-cv-30390 | DOWNING, Angela vs. Boston Scientific Corporation |
| 13-cv-23844 | DUNN, Kathy vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-23845 | DUNN, Teresa vs. Boston Scientific Corporation |
| 13-cv-30379 | ERICKSON, Barbara J. vs. Boston Scientific Corporation |
| 13-cv-32867 | FITZ-GIBBON, Theresa vs. Boston Scientific Corporation |
| 13-cv-24224 | FREEZE, Melva vs. Boston Scientific Corporation |
| 13-cv-25044 | HARDEE, Sandra and Paul E. Hardee, Sr. vs. Boston Scientific Corporation |
| 14-cv-06030 | HOUPT, Nancy and Kenneth Houpt vs. Boston Scientific Corporation |
| 13-cv-26081 | JACKSON, Bobbie G. and Jimmy W. Jackson vs. Boston Scientific Corporation |
| 13-cv-26513 | KRACHT, Michelle and Richard Kracht vs. Boston Scientific Corporation |
| 14-cv-24434 | LOTT, Neva vs. Boston Scientific Corporation |
| 14-cv-24850 | MCCLURE, Patricia Kay vs. Boston Scientific Corporation |
| 13-cv-32020 | ORTEGA, Tamara vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-29121 | REIHL, Debra vs. Boston Scientific Corporation |
| 13-cv-27063 | ROBERSON, Gloria vs. Boston Scientific Corporation |
| 14-cv-25764 | ROSS, Sabra and Billy Ross vs. Boston Scientific Corporation |
| 13-cv-31405 | SAPP, Lois vs. Boston Scientific Corporation |
| 13-cv-29863 | SIMMONS, Valerie and Andy Simmons vs. Boston Scientific Corporation |
| 14-cv-08260 | SOUDERS, Laura Lee vs. Boston Scientific Corporation |
| 13-cv-27693 | SPEARS, Kathryn vs. Boston Scientific Corporation |
| 13-cv-32185 | SULLIVAN, Terri vs. Boston Scientific Corporation |
| 13-cv-29877 | SYLVIA, Patricia and Robert Sylvia vs. Boston Scientific Corporation |
| 13-cv-29866 | TUCKER, Cynthia vs. Boston Scientific Corporation |
| 14-cv-09115 | VANCE, Debra vs. Boston Scientific Corporation, |

| | |
|---|---|
| 13-cv-26503 | WOESSNER, Stacha vs. Boston Scientific Corporation |
| 13-cv-27702 | WOLF, Karen vs. Boston Scientific Corporation |
| 13-cv-31416 | ZWEIBOHMER, Karen vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

---

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3. Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 5604, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**LAW OFFICE OF MICHAEL L. HODGES**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 13-cv-14604 | ADAMS, Dorothy and Henry Adams vs. Boston Scientific Corporation |
| 13-cv-08947 | ALARAJ, Thareefah and Muhammed Alaraj vs. Boston Scientific Corporation |
| 13-cv-12745 | BAKER, Deanna vs. Boston Scientific Corporation |
| 13-cv-02608 | BARKER, Olivia and Ronnie Barker vs. Boston Scientific Corporation |
| 13-cv-17527 | BEARDEN, Jessica and Phillip Bearden vs. Boston Scientific Corporation |
| 13-cv-17524 | BISHOP, Irene vs. Boston Scientific Corporation |
| 13-cv-09536 | BURGER, Mary vs. Boston Scientific Corporation |
| 13-cv-02623 | BUTLER, Patricia vs. Boston Scientific Corporation |
| 13-cv-05361 | CALDWELL, Diane and Clyde Caldwell vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-00399 | CORTEZ, Herlinda vs. Boston Scientific Corporation |
| 13-cv-09631 | CROUSE, Cheryl vs. Boston Scientific Corporation |
| 13-cv-02004 | CURRIE, Tammy vs. Boston Scientific Corporation |
| 13-cv-00402 | EVANS, Nancy Jean vs. and Chris Evans vs. Boston Scientific Corporation |
| 13-cv-08072 | FALCONBURY, Anita vs. Boston Scientific Corporation |
| 13-cv-02003 | FELICIONE, Mitzi vs. Boston Scientific Corporation |
| 14-cv-00141 | FIELD, Rebecca vs. Boston Scientific Corporation |
| 13-cv-13543 | FOWLER, Blanche vs. Boston Scientific Corporation |
| 13-cv-06134 | FULLER, Patricia vs. Boston Scientific Corporation |
| 13-cv-08005 | GARNER, Tracy and Hayward Garner vs. Boston Scientific Corporation, |
| 13-cv-17518 | GROSSELL, Jean and Michael Grossell vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-00404 | HAMPTON, Frances and Matthew Hampton vs. Boston Scientific Corporation |
| 13-cv-08000 | HOLTEN, Melanie vs. Boston Scientific Corporation |
| 13-cv-13545 | HUMPHREY, Alma and Wendell Humphrey vs. Boston Scientific Corporation |
| 13-cv-11278 | IVY, Debi and John Ivy vs. Boston Scientific Corporation |
| 13-cv-17521 | KELLOGG, Ruby vs. Boston Scientific Corporation |
| 13-cv-07276 | KNIPP, Burtha vs. Boston Scientific Corporation |
| 13-cv-09456 | LEE, Cindy vs. Boston Scientific Corporation |
| 13-cv-01998 | LEMOINE, Debra and Sydney Lemoine vs. Boston Scientific Corporation |
| 13-cv-09457 | MCARTHUR, Melissa vs. Boston Scientific Corporation |
| 13-cv-11871 | MCBRIDE, Lorrie and Daniel McBride vs. Boston Scientific Corporation |
| 13-cv-00401 | MCCLOUD, Margaret vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-26466 | MCCULLOUGH, Sandra and Paul McCullough vs. Boston Scientific Corporation |
| 13-cv-11282 | NORDMEYER, Susan vs. Boston Scientific Corporation |
| 13-cv-02001 | PASYANOS, Jennifer vs. Boston Scientific Corporation |
| 13-cv-26472 | QUILLEN, Judy vs. Boston Scientific Corporation |
| 13-cv-07277 | RAINEY, Donna vs. Boston Scientific Corporation |
| 13-cv-26473 | RODGERS, Jo Anne and William Rodgers vs. Boston Scientific Corporation |
| 13-cv-07845 | SCHATTE, Laura vs. Boston Scientific Corporation |
| 13-cv-12732 | STIRLING, Deborah and John Stirling vs. Boston Scientific Corporation |
| 13-cv-08062 | THOMAS, Ebony and Lonnie Thomas vs. Boston Scientific Corporation |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORPORATION
PELVIC SUPPORT SYSTEMS
PRODUCTS LIABILITY LITIGATION

MDL 2326

---

THIS DOCUMENT RELATES TO THE
CASES IN EXHIBIT A ATTACHED HERETO

**INACTIVE DOCKET ORDER**

The Court has been advised by counsel that in the case listed on the attached Exhibit A, the plaintiffs and Boston Scientific Corporation[1] ("BSC") have agreed to a settlement model with regard to BSC. The Court, therefore, finds it unnecessary to conduct further proceedings or to keep the case on the active docket. Accordingly, the Court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the Court.

2. That the Clerk retire the case listed on the attached Exhibit A from the active docket.

3. Plaintiffs and BSC may submit an agreed order of dismissal with prejudice on or before August 31, 2018, if settlements are not finalized and dismissal orders are not submitted on or before August 31, 2018, then the Court will have a hearing to determine the appropriate action pertaining to any remaining case on the inactive docket.

Counsel for plaintiffs and defendant(s) are directed to provide quarterly reports as to their progress in dismissing the case on the inactive docket. The Court is aware that counsel have agreed to a settlement model for a group of cases and claims, including the case on Exhibit A. The Court

[1] Boston Scientific Corporation includes any incorrect or incomplete spellings of this Defendant, including Boston Scientific Corp.

will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement. Good cause includes, but is not limited to, a plaintiffs' refusal or inability to consummate settlement. Such motion must be accompanied by an affidavit from plaintiffs explaining such refusal or inability.

The Court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual case listed on the attached Exhibit A. The Clerk further **DIRECTED** to link this Order to the Proposed Inactive Docket Order filed at ECF No. 5574, and send a copy of this Order to counsel of record and any represented party. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

**CHILDERS SCHLUETER & SMITH, LLC**

| CIVIL ACTION NUMBER | CASE NAME |
|---|---|
| 14-cv-18773 | ARLEDGE, Barbara Nell vs. Boston Scientific Corporation |
| 13-cv-05339 | BAKER, Terry and Leon Baker vs. Boston Scientific Corporation |
| 14-cv-10475 | BANGHART, Tamara and Jeff Banghart vs. Boston Scientific Corporation |
| 13-cv-28700 | BEEZLEY, Rosalinda vs. Boston Scientific Corporation |
| 12-cv-04564 | BRYANT, Shirley A. vs. Boston Scientific Corporation |
| 14-cv-27015 | BURTON, Sharon vs. Boston Scientific Corporation |
| 14-cv-07103 | CLAFLIN, Dorothy and Robert Claflin vs. Boston Scientific Corporation |
| 13-cv-26295 | CLINE, Frenchie vs. Boston Scientific Corporation |
| 13-cv-03213 | COCHRAN, Emily vs. Boston Scientific Corporation, |

| | |
|---|---|
| 14-cv-12633 | COLON, Annie vs. Boston Scientific Corporation |
| 13-cv-03212 | CONNER, Kelly and Terry Conner vs. Boston Scientific Corporation |
| 13-cv-28696 | DAVIDSON, Elizabeth and Ronnie Davidson vs. Boston Scientific Corporation |
| 12-cv-08049 | DELANEY, Melissa and Jeffrey Delaney vs. Boston Scientific Corporation |
| 13-cv-05334 | EVERETTE, Doris and Wilbert Everette vs. Boston Scientific Corporation |
| 13-cv-03645 | FULLER, Lori and Dennis Fuller vs. Boston Scientific Corporation |
| 13-cv-03647 | GATES, Tammy and Leslie Gates vs. Boston Scientific Corporation |
| 14-cv-26986 | GILBERT, Nancy vs. Boston Scientific Corporation |
| 13-cv-26962 | GILLILAND, Cindy and Morris Gilliland vs. Boston Scientific Corporation |
| 14-cv-18021 | GOLDSBY, Alicia and Alan Goldsby vs. Boston Scientific Corporation |
| 13-cv-26309 | GONSALVES, Teresa and Joseph Gonsalves vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-27802 | GONZALEZ, Penny Nell and Dene Gonzalez vs. Boston Scientific Corporation |
| 13-cv-10293 | GRIMALDO, Cheryl vs. Boston Scientific Corporation |
| 13-cv-02791 | HEATON, Linda vs. Boston Scientific Corporation |
| 13-cv-03962 | HIPSHER, Donna and Michael Hipsher vs. Boston Scientific Corporation |
| 14-cv-00505 | ILES, Jeannine Mary vs. Boston Scientific Corporation |
| 14-cv-26996 | IVES, Kimberly D. and Daniel J. Ives vs. Boston Scientific Corporation |
| 13-cv-27801 | JONES, Debra and Quinn Jones vs. Boston Scientific Corporation |
| 12-cv-08054 | JONES-HAYES, Andrea and Adrian Hayes vs. Boston Scientific Corporation |
| 12-cv-08055 | KNOWLES, Deborah and David Knowles vs. Boston Scientific Corporation |
| 14-cv-10467 | KRAUSE, Yelanda vs. Boston Scientific Corporation |
| 14-cv-12682 | KRUSE, Ronna vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-27806 | LANDER, Cheryl and Michael Lander vs. Boston Scientific Corporation |
| 14-cv-18024 | LAVALLEE, Clare vs. Boston Scientific Corporation |
| 14-cv-27008 | LEFEBVRE, Gaylene and Randy P. Lefebvre vs. Boston Scientific Corporation |
| 14-cv-14279 | LEWIS, Mary Carolyn vs. Boston Scientific Corporation |
| 13-cv-03414 | LIGUORI, Nancy vs. Boston Scientific Corporation |
| 13-cv-03954 | MACEY, Margo and John Macey vs. Boston Scientific Corporation |
| 14-cv-27213 | MCAMIS, Linda F. and Ralph D. McAmis vs. Boston Scientific Corporation |
| 14-cv-21626 | MITCHELL, Carol and Anthony A. Mitchell, Sr. vs. Boston Scientific Corporation |
| 13-cv-31764 | MITCHELL, Debra Marie and Herman Wayne Mitchell, Jr. vs. Boston Scientific Corporation |
| 14-cv-12621 | MURDOCH, Rebecca and Kevin Murdoch vs. Boston Scientific Corporation |
| 13-cv-05347 | NEW, Angel and Walter New vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-03410 | NICHOLS, Kathy vs. Boston Scientific Corporation |
| 14-cv-12622 | NUTBROWN, Colleen vs. Boston Scientific Corporation |
| 13-cv-05349 | PASSMORE, Jonette and Tim Passmore vs. Boston Scientific Corporation |
| 12-cv-05807 | PETZ, Rene vs. Boston Scientific Corporation |
| 14-cv-10472 | QUAST, Joy vs. Boston Scientific Corporation |
| 13-cv-02851 | REICH, Sandra vs. Boston Scientific Corporation |
| 13-cv-08598 | RICHARDSON, Mary K. vs. Boston Scientific Corporation |
| 14-cv-10468 | RIDDLE, Jo Ann and James Riddle vs. Boston Scientific Corporation |
| 13-cv-02788 | RIEF, Heather and Shane Rief vs. Boston Scientific Corporation |
| 12-cv-08056 | ROBINSON, Martha vs. Boston Scientific Corporation, Cook Incorporated |
| 12-cv-08058 | SAMBRANO, Dinah vs. Boston Scientific Corporation |

| | |
|---|---|
| 13-cv-09559 | SAMSEL, Jackie Bell and Richard Samsel vs. Boston Scientific Corporation |
| 12-cv-08059 | SHERLOCK-CAUSER, Amy and Brian Causer vs. Boston Scientific Corporation |
| 13-cv-27809 | SMITH, Betty and James Smith vs. Boston Scientific Corporation, |
| 14-cv-18023 | SMITHEY, Darlene and Paul Smithey vs. Boston Scientific Corporation |
| 14-cv-12630 | STEWART, Sherrlyn and James Stewart vs. Boston Scientific Corporation |
| 13-cv-24871 | STONE, Willie Mae and Jimmy Ray Stone vs. Boston Scientific Corporation |
| 14-cv-27013 | STUTZMAN, Bonnie K. and Carl Stutzman vs. Boston Scientific Corporation |
| 13-cv-05757 | SUMMERS, Virginia and Michael Summers vs. C.R. Bard, Inc., Tissue Science Laboratories Limited, Boston Scientific Corporation |
| 13-cv-05762 | SWATLAND, Barbara Jean and Robert Swatland vs. Boston Scientific Corporation |
| 12-cv-08060 | TAMPKIN, Rebecca vs. Boston Scientific Corporation |
| 14-cv-07047 | TEAGUE, Martha vs. Boston Scientific Corporation |

| | |
|---|---|
| 12-cv-08061 | TIPP, Kara and Matthew Tipp vs. Boston Scientific Corporation |
| 13-cv-09565 | TIPTON, Sharon and LeRoy Tipton vs. Boston Scientific Corporation |
| 13-cv-09551 | TRAMMEL, Tresa M. and Shannon Trammel vs. Boston Scientific Corporation |
| 13-cv-26330 | WASHENSESKY, Debra vs. Boston Scientific Corporation |
| 12-cv-08062 | WILKES, Mildred and Jerry Wilkes vs. Boston Scientific Corporation |
| 13-cv-26303 | WILLIAMS, Tonya Anita and Jimmie Williams vs. Boston Scientific Corporation |
| 13-cv-26958 | WISHON, Kimberley and Kenneth Wishon vs. Boston Scientific Corporation |
| 13-cv-05764 | WOOLRIDGE, Georgia vs. Boston Scientific Corporation |
| 14-cv-10471 | YOUNG, Sandra Jean and Kelli Young vs. Boston Scientific Corporation |